IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LEONY MANUEL VILLAREAL,<br><br>Defendant. | CASE NO. 2:04-CR-00363-WBS<br><br>ORDER DISMISSING INDICTMENT<br><br>DATE:<br>TIME:<br>COURT: Hon. William B. Shubb |

**<u>ORDER</u>**

Based on the United States's Motion to Dismiss, and pursuant to Rule 48 of the Federal Rules of Criminal Procedure, it is HEREBY ORDERED that the Indictment is dismissed against the above-captioned defendant.

Dated: November 6, 2018

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE